## LEISHURE *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 36, September Term, 1959.]

*Decided November 23, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

For the reasons stated in the opinion of Judge Barrett of the Circuit Court for Baltimore County, the application is denied.